IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE J. CARTWRIGHT
ADC #134309                                                                       PETITIONER

V.                          CASE NO. 5:09CV00208 BSM

LARRY NORRIS, Director,                                                       RESPONDENT
Arkansas Department of Correction

## ORDER

The court has reviewed the recommended disposition submitted by Magistrate Judge Jerry Cavaneau and the petitioner's objections. After carefully reviewing the recommended disposition, objections, and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, the 28 U.S.C. § 2254 petition for writ of habeas corpus (Doc. No. 1) is DENIED and the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE