IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE J. CARTWRIGHT
ADC #134309                                                                                    PETITIONER

V.                               CASE NO. 5:09cv00208 BSM

LARRY NORRIS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE